UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SANTOINE JACKSON,<br><br>    Plaintiff,<br><br>v.<br><br>FIAT CHRYSLER AUTOMOBILES,<br><br>    Defendant. | Case No. 19-11328<br>Honorable Laurie J. Michelson<br>Magistrate Judge Stephanie Dawkins Davis |

## ORDER DIRECTING SERVICE

Plaintiff Santoine Jackson filed suit after he was suspended from his job at Fiat Chrysler Automobiles' Trenton Engine Plant. (ECF No. 1, PageID.3-4.) Jackson filed the complaint on May 6, 2019. As of today's date, proof of service on Defendant Fiat Chrysler Automobiles has not been filed, nor has counsel for FCA appeared on the docket.

Federal Rule of Civil Procedure 4(c)(1) provides that "[t]he plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m)[.]" In turn, Federal Rule of Civil Procedure 4(m) provides that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Well over ninety days have passed since Jackson filed the complaint and no explanation has been provided for the failure to serve.

Accordingly, IT IS ORDERED that, by October 15, 2019, Jackson shall serve FCA and docket the appropriate certificate of service or otherwise show good cause for the failure to do so.

Jackson is advised that failure to abide by this order may result in dismissal of FCA and, thus, the case as a whole.

SO ORDERED.

Dated: September 23, 2019

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE